**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

                                          Case No.  09-cr-20384

v.                                     Hon. JULIAN A. COOK, JR.

DEDRIC HIGGENBOTHAM,

      Defendant.

_____/

### MOTION FOR LEAVE TO DISMISS INDICTMENT

THE UNITED STATES OF AMERICA moves this Court for leave to dismiss the indictment against Dedric Higginbotham.  The dismissal is based upon a post-indictment reassessment of the case and is in the interests of justice.

*s/Jennifer Blackwell*  
Assistant United States Attorney  
211 W. Fort Street  
Suite 2001  
Detroit, MI  48226  
Phone: (313) 226-9165  
Email:  jennifer.blackwell3@usdoj.gov  

*s/with consent of Barbara McQuade*  
United States Attorney  
211 W. Fort Street  
Suite 2001  
Detroit, MI  48226  
Phone: (313) 226-9501  
Email: barbara.mcquade@usdoj.gov  

Dated: July 14, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2010, I electronically filed the foregoing Motion for Leave to Dismiss the Indictment by electronic filing and notification was sent to the following:

Richard O'Neill, Esq.

*s/Jennifer L. Blackwell*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9165

Date: July 14, 2010